**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01461-WJM-NRN

THE STATE OF COLORADO,

    Plaintiff,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY;
ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency;
U.S. ARMY CORPS OF ENGINEERS; and
R.D. JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works,

    Defendants.

---

## NOTICE OF APPEAL

---

Notice is hereby given that the Defendants in the above-captioned case appeal to the U.S. Court of Appeals for the Tenth Circuit from the Court's Order granting Plaintiff's Amended Motion for Preliminary Injunction, construed as a motion for a stay of agency action under APA § 705 (Dkt. No. 61), dated June 19, 2020.

Dated: June 23, 2020                        Respectfully submitted,

                                                JONATHAN D. BRIGHTBILL
                                                Principal Deputy Assistant Attorney General
                                                Environment and Natural Resources Division

                                                s/ *Phillip R. Dupré*
                                                **Sonya J. Shea**
                                                **Phillip R. Dupré**
                                                **Devon Lehman McCune**
                                                U.S. Department of Justice

Environment & Natural Resources Division
999 18th Street – South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-7231 (Shea)
Telephone: (202) 616-7501 (Dupré)
Telephone: (303) 844-1487 (McCune)
Email: sonya.shea@usdoj.gov
Email: phillip.r.dupre@usdoj.gov
Email: Devon.McCune@usdoj.gov
Attorneys for Defendants

Of Counsel:

**Matthew Z. Leopold**
General Counsel
**David Fotouhi**
Principal Deputy General Counsel
U.S. Environmental Protection Agency
Washington, D.C.

**Craig R. Schmauder**
Deputy General Counsel
Department of the Army

**David R. Cooper**
Chief Counsel
U. S. Army Corps of Engineers

## CERTIFICATE OF SERVICE

I hereby certify that on this 23d day of June, 2020 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Carrie.Noteboom@coag.gov
Eric.Olson@coag.gov
Jennifer.Hunt@coag.gov
Annette.Quill@coag.gov
Laurie.Merrick@coag.gov
laura.kelly@coag.gov
john.watson@coag.gov
barbara.boyd@coag.gov
quill.annette@gmail.com
Afrancois@pacificlegal.org

IncomingLit@pacificlegal.org
Blegner@mayerbrown.com
Ccampbell@mayerbrown.com
Tbishop@mayerbrown.com
courtnotification@mayerbrown.com
7767409420@filings.docketbird.com
wdc.docket@mayerbrown.com
geroper@pacificlegal.org
bsiebert@pacificlegal.org
tdyer@pacificlegal.org

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

N/A

*s/ Phillip R. Dupré*
**Phillip R. Dupré**
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box. 7611
Washington, D.C. 20044
Telephone: (202) 616-7501
Email: phillip.r.dupre@usdoj.gov
Attorney for Defendants