IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 20-cv-01461-WJM-NRN  Date: August 6, 2020
Courtroom Deputy: Stacy Libid  FTR: Courtroom C203

| *Parties:* | *Counsel:* |
|---|---|
| THE STATE OF COLORADO, | Annette Quill |
| | Carrie Noteboom |
| | Jennifer Hunt |
| Plaintiff, | |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY; | Sonya Shea |
| ANDREW WHEELER, in his official capacity as | Phillip Dupre |
| Administrator of the U.S. Environmental Protection | |
| Agency; | |
| U.S. ARMY CORPS OF ENGINEERS; and | |
| R.D. JAMES, in his official capacity as Assistant | |
| Secretary of the Army for Civil Works, | |
| Defendants. | |
| CHANTELL SACKETT and | Glenn Roper |
| MICHAEL SACKETT, | |
| Intervenor-Defendants. | |
| AMERICAN FARM BUREAU FEDERATION; | Colleen Campbell |
| AMERICAN PETROLEUM INSTITUTE; | |
| AMERICAN ROAD AND TRANSPORTATION | |
| BUILDERS ASSOCIATION; | |
| CHAMBER OF COMMERCE OF THE UNITED | |
| STATES OF AMERICA; | |
| LEADING BUILDERS OF AMERICA; | |
| NATIONAL ALLIANCE OF FOREST OWNERS; | |
| NATIONAL ASSOCIATION OF HOME BUILDERS; | |
| NATIONAL CATTLEMEN'S BEEF ASSOCIATION; | |
| NATIONAL CORN GROWERS ASSOCIATION; | |
| NATIONAL MINING ASSOCIATION; | |

NATIONAL PORK PRODUCERS COUNCIL;
NATIONAL STONE, SAND, AND GRAVEL
ASSOCIATION;
PUBLIC LANDS COUNCIL; and
U.S. POULTRY & EGG ASSOCIATION,

    Intervenor-Defendants.

## COURTROOM MINUTES

**TELEPHONIC STATUS CONFERENCE**

**10:58 a.m.**    **Court in session.**

Court calls case. Appearance of counsel.

Status of the case is discussed.

**ORDERED:** The STAY remains in place until lifted by the 10th Circuit. If the stay is lifted, parties shall contact Chambers.

**ORDERED:** The Proposed Joint Case Management Plan will be signed and submitted reflecting the Court accepting the Intervener Defendant's position.

**11:28 a.m.**    **Court in recess.**

Hearing concluded.
Total in-court time:   00:30

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.