IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01461-WJM-NRN-AP

THE STATE OF COLORADO,

    Plaintiff,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY;
ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency;
U.S. ARMY CORPS OF ENGINEERS; and
R.D. JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works,

    Defendants,

CHANTELL SACKETT and
MICHAEL SACKETT,

    Intervenor-Defendants,

AMERICAN FARM BUREAU FEDERATION;
AMERICAN PETROLEUM INSTITUTE;
AMERICAN ROAD AND TRANSPORTATION BUILDERS ASSOCIATION;
CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
LEADING BUILDERS OF AMERICA;
NATIONAL ALLIANCE OF FOREST OWNERS;
NATIONAL ASSOCIATION OF HOME BUILDERS;
NATIONAL CATTLEMEN'S BEEF ASSOCIATION;
NATIONAL CORN GROWERS ASSOCIATION;
NATIONAL MINING ASSOCIATION;
NATIONAL PORK PRODUCERS COUNCIL;
NATIONAL STONE, SAND, AND GRAVEL ASSOCIATION;
PUBLIC LANDS COUNCIL; and
U.S. POULTRY & EGG ASSOCIATION,

    Intervenor-Defendants.

**JOINT CASE MANAGEMENT PLAN FOR PETITIONS
FOR REVIEW OF AGENCY ACTION**

1.  **APPEARANCES OF COUNSEL**

For Plaintiff: Eric R. Olson, Solicitor General; Carrie Noteboom, First Assistant Attorney General; Annette M. Quill, Senior Assistant Attorney General; Jennifer H. Hunt, Senior Assistant Attorney General, Colorado Department of Law.

For Defendants U.S. EPA, Wheeler, U.S. Army Corps of Engineers, and James: Sonya J. Shea, Devon Lehman McCune, Phillip R. Dupré, Kevin W. McArdle, U.S. Department of Justice, Environment & Natural Resources Division.

For Intervenor-Defendants Chantell and Michael Sackett: Glenn E. Roper, Anthony L. Francois, Charles T. Yates, Pacific Legal Foundation.

For Intervenor-Defendants American Farm Bureau Federation, American Petroleum Institute, American Road and Transportation Builders Association, Chamber of Commerce of the United States of America, Leading Builders of America, National Alliance of Forest Owners, National Association of Home Builders, National Cattlemen's Beef Association, National Corn Growers Association, National Mining Association, National Pork Producers Council, National Stone, Sand, and Gravel Association, Public Lands Council, and U.S. Poultry & Egg Association ("Business Intervenors"): Timothy S. Bishop, Brett E. Legner, and Colleen M. Campbell, Mayer Brown LLP.

2.  **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on the presentation of federal question, 28 U.S.C. § 1331. Jurisdiction is also proper under the judicial review provisions of the Administrative Procedure Act, 5 U.S.C. § 702.

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:** Original complaint filed on May 22, 2020; Amended Complaint filed on July 20, 2020.

    **B.    Date Complaint Was Served on U.S. Attorney's Office:** May 22, 2020

    **C.    Date Answer or Other Response Was Filed:** The Business Intervenors filed their Answer to the initial Complaint on July 17, 2020. Answers to the Amended Complaint were filed on August 3, 2020.

4.  **STATEMENT(S) REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

None

**5.      OTHER MATTERS**

The Parties agree that Defendants may file a certified index of the administrative record in this case, rather than filing the entire administrative record. The record consists of thousands of pages and contains some files that are not easily converted to PDF, including Excel spreadsheets with multiple tabs. Given the volume and complexity of the record, filing the record via ECF would be burdensome and time consuming. Some files would need to be provided in an alternative format, which would consume additional resources. Further, each party is likely to cite only a small percentage of the documents in the record to support its brief. The certified index will list the documents that compose the administrative record and provide the Regulations.gov document identification number and hyperlinks to their location on Regulations.gov. A significant portion of the administrative records can be directly accessed via hyperlink. This furthers the goals of transparency, allowing members of the public direct access to the record.

**6.      PROPOSED BRIEFING SCHEDULE**

The parties do not agree on the appropriate starting date for briefing. Based on the default deadlines set forth in the template Joint Case Management Plan, Plaintiff's position is that merits briefing should begin on December 7, 2020. Defendants' and Intervenor-Defendants' position is that merits briefing should begin December 7, 2020, or 14 days after the date the Tenth Circuit issues a decision on the consolidated appeals of the preliminary injunction granted in this matter (ECF No. 61), whichever is later, with responsive brief deadlines to be adjusted accordingly.

Notwithstanding this disagreement, the parties have agreed on the relative timing of responsive briefing, as set forth below.

>   **A.      Deadline for Filing Certified Index of the Administrative Record:** September 2, 2020
>
>   **B.      Deadline for Parties to Confer on Record Disputes:** October 2, 2020
>
>   **C.      Deadline for Filing Motions to Complete and/or Supplement the Administrative Record:** November 2, 2020
>
>   **D.      Plaintiff's Opening Brief Due:**
>
>   ~~Plaintiff's position: December 7, 2020~~
>
>   <u>Defendants' and Intervenor-Defendants' position</u>: December 7, 2020, or 14 days after the date that the Tenth Circuit issues a decision on the consolidated appeals of the preliminary injunction granted in this matter (ECF No. 61), whichever is later.

    **E.**    **Defendants' Response Brief Due:**

~~Plaintiff's position: February 4, 2021~~

<u>Defendants' and Intervenor-Defendants' position</u>: February 4, 2021, or 45 days after Plaintiff's deadline to file its opening brief, whichever is later.

    **F.**    **Intervenor-Defendants' Response Briefs Due:**

~~Plaintiff's position: February 11, 2021~~

<u>Defendants' and Intervenor-Defendants' position</u>: February 11, 2021, or 7 days after Defendants' deadline to file their Response Brief.

    **G.**    **Plaintiff's Reply Brief (If Any) Due:**

~~Plaintiff's position: March 8, 2021~~

<u>Defendants' and Intervenor-Defendants' position</u>: March 8, 2021, or 30 days after Defendants' deadline to file their response briefs, whichever is later.

**7. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff requests oral argument. This case involves complex issues of administrative procedure and cooperative federalism that would benefit from the opportunity to provide additional context and answer questions.

    **B.**    **Defendants' Statement:** Defendants request oral argument. This case raises important and complex issues that would benefit from oral argument.

    **C.**    **Intervenor-Defendants' Statement**: The 14 national trade group Intervenor-Defendants request oral argument because as representatives of tens of thousands of businesses regulated under the Clean Water Act they bring a unique perspective to questions about its jurisdictional scope. Intervenor-Defendants the Sacketts request oral argument and note that because their legal position as to the effect of the *Rapanos* decision differs from all other parties, they present a unique perspective that they believe will assist the Court in deciding the case.

**8. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

***Indicate below the parties' consent choice.***

    **A.**    **( )**    All parties have consented to the exercise of jurisdiction of a

**United States Magistrate Judge.**

B.   **( X )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 9. OTHER MATTERS

Parties filing motions for extension of time or continuances will comply with Fed. R. Civ. P. 5(d)(1) and D.C.COLO.LCivR 5.1(d) by serving a copy of the motion through electronic service upon all attorneys of record and by U.S. mail on all pro se parties, certified by the Notice of Electronic Filing. Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 6.1(c) by serving such motion on the moving attorney's client.

## 10. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of August, 2020.

BY THE COURT

/s/ N. Reid Neureiter

U.S. ~~District Court~~Magistrate Judge

APPROVED:

| | |
|---|---|
| PHILIP J. WEISER<br>Attorney General | *s/ Sonya J. Shea*<br>Sonya J. Shea<br>Phillip R. Dupré |
| s/ *Jennifer H. Hunt*<br>ERIC R. OLSON<br>CARRIE NOTEBOOM<br>ANNETTE QUILL<br>JENNIFER H. HUNT<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>Telephone:  720-508-6215<br>FAX:         720-508-6032<br>E-Mail:      eric.olson@coag.gov;<br>carrie.noteboom@coag.gov;<br>annette.quill@coag.gov;<br>jennifer.hunt@coag.gov | Kevin W. McArdle<br>Devon Lehman McCune<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>999 18th Street – South Terrace, Suite 370<br>Denver, CO 80202<br>Telephone: (303) 844-7231 (Shea)<br>Telephone: (202) 616-7501 (Dupré)<br>Telephone: (202) 305-0219 (McArdle)<br>Telephone: (303) 844-1487 (McCune)<br>Email: sonya.shea@usdoj.gov<br>Email: phillip.r.dupre@usdoj.gov<br>Email: kevin.mcardle@usdoj.gov<br>Email: Devon.McCune@usdoj.gov |
| Attorneys for the State of Colorado | Attorneys for Defendants |

| | |
|---|---|
| *s/ Timothy S. Bishop* <br> Timothy S. Bishop <br> Brett E. Legner <br> Mayer Brown LLP <br> 71 S. Wacker Drive <br> Chicago, IL 60606 <br> Telephone: (312) 701 7829 <br> Facsimile: (312) 706 8607 <br> E-mail: tbishop@mayerbrown.com <br> E-mail: blegner@mayerbrown.com <br><br> Colleen M. Campbell <br> Mayer Brown LLP <br> 1999 K Street NW 20006 <br> Washington, DC <br> Telephone: (202) 263 3413 <br> Facsimile: (202) 263-3300 <br> E-mail: ccampbell@mayerbrown.com <br><br> Attorneys for Business Intervenors | *s/ Glenn E. Roper* <br> GLENN E. ROPER <br> Pacific Legal Foundation <br> 1745 Shea Center Drive <br> Suite 400 <br> Highlands Ranch, CO 80129 <br> Telephone: (916) 419-7111 <br> E-mail: geroper@pacificlegal.org <br><br> ANTHONY L. FRANÇOIS <br> CHARLES T. YATES <br> Pacific Legal Foundation <br> 930 G Street <br> Sacramento, CA 95814 <br> Telephone: (916) 419-7111 <br> E-mail: afrancois@pacificlegal.org <br> E-mail: cyates@pacificlegal.org <br><br> Attorneys for Intervenor-Defendants Chantell and Michael Sackett |