IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01461-WJM-NRN

THE STATE OF COLORADO,

Plaintiff,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY;
ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency;
U.S. ARMY CORPS OF ENGINEERS; and
R.D. JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the parties' Joint Motion for Extension of Time (Dkt. #94) is GRANTED finding good cause shown. The briefing schedule in the entered Joint Case Management Plan (Dkt. #92 at 3-4, ¶ 6), is stricken and a new briefing schedule established as follows:

- Plaintiff's opening brief is due on April 30, 2021;
- Defendants' response brief is due June 14, 2021;
- Intervenors' response briefs are due June 21, 2021;
- Plaintiff's optional reply brief is due July 16, 2021.

Date: March 11, 2021