IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01461-WJM-NRN

THE STATE OF COLORADO,

Plaintiff,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY;
ANDREW WHEELER, in his official capacity as Administrator of the U.S. Environmental Protection Agency;
U.S. ARMY CORPS OF ENGINEERS; and
R.D. JAMES, in his official capacity as Assistant Secretary of the Army for Civil Works,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that the Second Joint Motion for Extension of Time (Dkt. #99) is GRANTED finding good cause shown. The deadlines in the briefing schedule established in the Court's March 11, 2021 Minute Order (Dkt. #96) are extended by 45 days as follows:

- Plaintiff's opening brief is due June 14, 2021;
- Defendants' response brief is due July 29, 2021;
- Intervenors' response briefs are due August 5, 2021;
- Plaintiff's optional reply brief is due August 30, 2021.

Date: April 21, 2021